SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
James M. Hirschhorn
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey  07102-5400
(973) 643-7000

*Attorneys for Defendants*
*Saint Peter's Healthcare System,*
*Ronald C. Rak, Susan Ballestero,*
*and Garrick Stoldt*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURENCE KAPLAN, on behalf of himself, individually, and on behalf of all others similarly situated, | Civil Action No. 13-2941 (MAS)(TJB) |
| Plaintiff, | Honorable Michael A. Shipp<br>United States District Judge |
| v. | |
| SAINT PETER'S HEALTHCARE SYSTEM, RONALD C. RAK, an individual, SUSAN BALLESTERO, an individual, GARRICK STOLDT, an individual, and JOHN and JANE DOES, each an individual, 1-20, | Honorable Tonianne J. Bongiovanni<br>United States Magistrate Judge<br><br>**NOTICE OF MOTION TO**<br>**TO STAY THE PROCEEDINGS**<br><br>(Electronically Filed Document) |
| Defendants. | |

TO:   Attorneys of Record

COUNSEL:

PLEASE TAKE NOTICE that on June 20, 2016 at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys

for defendants Saint Peter's Healthcare System, Ronald C. Rak, Susan Ballestero, and Garrick Stoldt (collectively, the "Defendants"), shall apply before the Honorable Michael A. Shipp at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608 for an Order staying further proceedings in this action pending the determination of Defendants' petition for a writ of certiorari by the United States Supreme Court.

    PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants shall rely upon the accompanying Memorandum of Law.  A proposed form of Order is also attached.

    PLEASE TAKE FURTHER NOTICE that Defendants hereby request oral argument.

    Respectfully submitted,
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102-5400
(973) 643-7000
By:    s/ Jeffrey J. Greenbaum
    JEFFREY J. GREENBAUM
    JAMES M. HIRSCHHORN
    KATHERINE M. LIEB
    *Attorneys for Defendants*
    *Saint Peter's Healthcare System,*
    *Ronald C. Rak, Susan Ballestero,*
    *and Garrick Stoldt*

Dated:  April 27, 2016