UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LAURENCE KAPLAN, on behalf of himself, individually, and on behalf of others similarly situated,

    Plaintiff,

  v.

SAINT PETER'S HEALTHCARE SYSTEM, et al.,

    Defendants.

Civil Action No. 13-2941 (MAS) (TJB)

**ORDER**

  This matter comes before the Court upon the parties' December 8, 2016 joint correspondence. (ECF No. 152.) On November 8, 2016, this matter was administratively terminated pending the United States Supreme Court's disposition on Defendants Saint Peter's Healthcare System, Ronald C. Rak, Susan Ballestero, and Garrick Stoldt's (collectively, "Defendants") petition for writ of certiorari. (ECF No. 148.) On December 2, 2016, the United States Supreme Court granted Defendants' petition for writ of certiorari. (ECF No. 150.) Defendants now move for a continuance of the stay. (ECF No. 152.) Plaintiff opposes and requests that the Court order written discovery. (*Id.*) Having carefully considered the parties' submissions, and for good cause shown,

  **IT IS** on this 12th day of December, 2016, **ORDERED** that:

1. This matter is administratively terminated and stayed pending the decision from the United States Supreme Court on *Kaplan v. Saint Peter's Healthcare System*, 810 F.3d 175 (3d Cir. 2015), *cert. granted*, 85 U.S.L.W. 3274 (U.S. Dec. 2, 2016) (No. 16-86).

2. The parties shall notify the Court via e-filed correspondence within **seven days** of the United States Supreme Court's decision. At that time, the Court will reopen the matter and enter an appropriate order.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**