# COHENMILSTEIN

Scott M. Lempert
Slempert@cohenmilstein.com

June 7, 2017

The Honorable Michael A. Shipp
United States District Court for the
 District of New Jersey
Clarkson S. Fisher Building
 & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Kaplan v. Saint Peter's Healthcare System, et al.*, No. 3:13-cv-02941-MAS-TJB

Dear Judge Shipp:

On behalf of Plaintiff Laurence Kaplan, and with the consent of Defendants Saint Peter's Healthcare System, Ronald C. Rak, Susan Ballestero, and Garrick Stoldt, I submit this correspondence to the Court regarding the United States Supreme Court's decision in *Advocate Health Care v. Stapleton*, No. 16-74 (consolidated with *Saint Peter's Healthcare System v. Kaplan*, No. 16-86, and *Dignity Health v. Rollins*, No. 16-258), pursuant to this Court's December 12, 2016 Order. (ECF No. 153). On June 5, 2017, the Supreme Court reversed the judgments of the Courts of Appeals. The opinion is attached to this letter.

The Parties await the Court's instructions as to whether the Court wishes to have a conference with counsel to discuss next steps or how else the Court wishes to proceed with respect to this matter.

Respectfully submitted,

*/s/ Scott M. Lempert*
Scott M. Lempert

CC:   Jeffrey J. Greenbaum

Attachment: *Advocate Health Care v. Stapleton*, No. 16-74 (June 5, 2017).

2251275.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2017, I electronically filed a Letter to Judge Shipp pursuant to the Court's Order dated December 12, 2016 (ECF No. 153) with the Clerk of the Court using ECF.

| | |
|---|---|
| Dated:      June 7, 2017 | /s/ Scott M. Lempert<br>Scott M. Lempert<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue NW<br>Suite 500, East Tower<br>Washington, DC 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: slempert@cohenmilstein.com<br><br>***Attorney for Plaintiff*** |

COHEN MILSTEIN SELLERS & TOLL PLLC • 1100 New York Ave. NW • Fifth Floor • Washington, DC 20005
T 202.408.4600 • cohenmilstein.com

225127.1