**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

June 17, 2019

**LETTER ORDER**

Re:     **Kaplan v. Saint Peter's Healthcare System, et al.**
        **Civil Action No. 13-2941 (MAS)**

Dear Counsel,

As a result of the May 30, 2019 telephone conference, the following schedule will hereby

govern:

- Defendants are to complete production of all retirement committee meeting minutes, agendas, meeting packets, attachments to their minutes or other materials or documents provided or presented to the Retirement Committee during the relevant time period (May 7, 2007 to the present) by **July 17, 2019**;

- Fact discovery on the question of what entity maintains the Plan is to conclude by **November 14, 2019**;

- The Court will conduct a telephone status conference on **September 23, 2019 at 11:30 a.m.**   Plaintiff is to initiate the conference.   Kindly mark your calendars accordingly.

        **IT IS SO ORDERED.**

        ____s/ Tonianne J. Bongiovanni_____
        **TONIANNE J. BONGIOVANNI**
        **United States Magistrate Judge**