# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**TRENTON**  **March 26, 2021**
**OFFICE**  **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED


**TITLE OF CASE**:  CV-13-2941 (MAS)

LAURENCE KAPLAN,
    V.
SAINT PETER'S HEALTHCARE SYSTEM, et al.,

**APPEARANCES:**

Jaime Bowers, Esq., Karen Handorf, Esq., & Scott Lempert, Esq., for Plaintiff
Jeffrey Greenbaum, Esq., & Katherine Lieb, Esq., for Defendants'

**NATURE OF PROCEEDING:**

Telephone conference held regarding discovery.
The deposition of Garrick Stoldt, CFO of St. Peter's, is to be conducted. In advance of the deposition, the parties are to confer regarding redacted materials produced by Defendants during discovery. If unresolved issues remain, informal submissions are to be presented to the Court by email to tjb_orders@njd.uscourts.gov.


TIME COMMENCED:     11:00 a.m.
TIME ADJOURNED:     12:35 p.m.                    s/ Mark Morelli
TOTAL TIME: 1 Hour & 35 Minutes                    Deputy Clerk