SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
James M. Hirschhorn
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey  07102-5400
(973) 643-7000

*Attorneys for Defendants Saint Peter's Healthcare System, Retirement Plan Committee for the Saint Peter's Healthcare System Retirement Plan, Leslie D. Hirsch, Pamela Teufel, Garrick Stoldt, Lisa Drumbore, Ronald C. Rak, and Susan Ballestero*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURENCE KAPLAN, on behalf of himself, individually, and on behalf of all others similarly situated, | Civil Action No. 13-2941 (MAS)(TJB) |
| Plaintiff, | Honorable Michael A. Shipp |
| v. | United States District Judge |
| SAINT PETER'S HEALTHCARE SYSTEM, RETIREMENT PLAN COMMITTEE FOR THE SAINT PETER'S HEALTHCARE SYSTEM RETIREMENT PLAN, LESLIE D. HIRSCH, an individual, PAMELA TEUFEL, an individual, GARRICK STOLDT, an individual, LISA DRUMBORE, an individual, RONALD C. RAK, an individual, SUSAN BALLESTERO, an individual, and JOHN and JANE DOES, each an individual, 1-20, | **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(Electronically Filed Document) |
| Defendants. | |

TO:  Attorneys of Record

COUNSEL:

PLEASE TAKE NOTICE that, pursuant to the Court's Text Order, dated August 20, 2021 (ECF No. 245), on January 3, 2022, at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for defendants Saint Peter's Healthcare System, Retirement Plan Committee for the Saint Peter's Healthcare System Retirement Plan, Leslie D. Hirsch, Pamela Teufel, Garrick Stoldt, Lisa Drumbore, Ronald C. Rak, and Susan Ballestero (collectively, the "Defendants"), shall move before the Honorable Michael A. Shipp at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608 for an Order, pursuant to Fed. R. Civ. P. 56, granting partial summary judgment to Defendants and holding that the Saint Peter's Healthcare System Retirement Plan satisfies the criteria of 29 U.S.C. § 1002(33)(C)(i) as a church plan exempt from ERISA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants shall rely upon the accompanying Certification of Garrick Stoldt, Certification of Jeffrey J. Greenbaum, Memorandum of Law and Statement Pursuant to Local Civil Rule 56.1.  A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that Defendants hereby request oral argument.

                          Respectfully submitted,

                          SILLS CUMMIS & GROSS P.C.
                          One Riverfront Plaza
                          Newark, New Jersey  07102-5400
                          (973) 643-7000

                          By:    <u>s/ Jeffrey J. Greenbaum</u>
                                  JEFFREY J. GREENBAUM
                                  JAMES M. HIRSCHHORN
                                  KATHERINE M. LIEB
                                  *Attorneys for Defendants*

Dated:  September 30, 2021