SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
James M. Hirschhorn
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey  07102-5400
(973) 643-7000

*Attorneys for Defendants Saint Peter's*
*Healthcare System, Retirement Plan*
*Committee for the Saint Peter's*
*Healthcare System Retirement Plan,*
*Leslie D. Hirsch, Pamela Teufel,*
*Garrick Stoldt, Lisa Drumbore,*
*Ronald C. Rak, and Susan Ballestero*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LAURENCE KAPLAN, on behalf of himself, individually, and on behalf of all others similarly situated, | : : : | Civil Action No. 13-2941 (MAS)(TJB) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| SAINT PETER'S HEALTHCARE SYSTEM, RETIREMENT PLAN COMMITTEE FOR THE SAINT PETER'S HEALTHCARE SYSTEM RETIREMENT PLAN, LESLIE D. HIRSCH, an individual, PAMELA TEUFEL, an individual, GARRICK STOLDT, an individual, LISA DRUMBORE, an individual, RONALD C. RAK, an individual, SUSAN BALLESTERO, an individual, and JOHN and JANE DOES, each an individual, 1-20, | : : : : : : : : : | **NOTICE OF MOTION TO SEAL**  (Electronically Filed Document) |
| Defendants. | : | |

TO:   Attorneys of Record

COUNSEL:

PLEASE TAKE NOTICE that on February 7, 2022, at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiff Laurence Kaplan and defendants Saint Peter's Healthcare System, Retirement Plan Committee for the Saint Peter's Healthcare System Retirement Plan, Leslie D. Hirsch, Pamela Teufel, Garrick Stoldt, Lisa Drumbore, Ronald C. Rak, and Susan Ballestero (collectively, the "Defendants"), shall jointly move before the Honorable Tonianne J. Bongiovanni at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608 for an Order, pursuant to Local Civil Rule 5.3, to permanently maintain under seal: (i) Exhibits E, F, G, H, J, and K to the Certification of Garrick Stoldt, dated September 30, 2021 (ECF Nos. 254-59), and (ii) Exhibits 6-20 to the Declaration of Karen L. Handorf in Support of Defendants' Motion for Partial Summary Judgment, dated September 30, 2021 (ECF Nos. 252-3 to 252-17).

PLEASE TAKE FURTHER NOTICE that in support of this motion, the parties shall rely upon the accompanying Declaration of Jeffrey J. Greenbaum and Appendix in Support of Joint Motion to Seal.  A proposed form of Order is also attached.

2

Respectfully submitted,
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey  07102-5400
(973) 643-7000

By:     *s/ Jeffrey J. Greenbaum*
          JEFFREY J. GREENBAUM
          JAMES M. HIRSCHHORN
          KATHERINE M. LIEB
          *Attorneys for Defendants*

COHEN MILSTEIN
    SELLERS & TOLL, PLLC

*s/ Scott M. Lempert*
Scott M. Lempert
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel.: (202) 408-4600
slempert@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Ron Kilgard
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel.: (602) 248-0088
rkilgard@kellerrohrback.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Matthew M. Gerend
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
lsarko@kellerrohrback.com
mgerend@kellerrohrback.com
*Attorneys for Plaintiff*

Dated:  January 4, 2022