COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel S. Sommers
Michelle C. Yau
1100 New York Avenue,
N.W. Suite 500, West Tower
Washington, D.C. 20005

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURENCE KAPLAN, on behalf of himself, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAINT PETER'S HEALTHCARE SYSTEM, RONALD C. RAK, an individual, SUSAN BALLESTERO, an individual, GARRICK STOLDT, an individual, and JOHN and JANE DOES, each an individual, 1-20,<br><br>Defendants. | ) <br> ) <br> ) Civil Action No. 3:13-cv-02941-MAS-TJB <br> ) <br> ) <br> ) <br> ) Electronically Filed <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 102.1, the undersigned attorneys hereby respectfully move the Court for an order to withdraw Scott M. Lempert of Cohen Milstein Sellers & Toll, PLLC as counsel of record for Plaintiffs in the above-captioned matter, as Mr. Lempert has left the employ of Cohen Milstein Sellers & Toll, PLLC.

Plaintiffs will continue to be represented in this matter by counsel from Cohen Milstein Sellers & Toll, PLLC and Keller Rohrback, L.L.P., indicated on the below signature block.

Dated: November 22, 2022 Respectfully submitted,

/s/ Daniel S. Sommers
Daniel S. Sommers
Michelle C. Yau
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, N.W. Suite 500, West Tower Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: dsommers@cohenmilstein.com
myau@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Matthew M. Gerend
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
mgerend@kellerrohrback.com

and

KELLER ROHRBACK P.L.C.
Ron Kilgard
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248- 2822
Email: rkilgard@kellerrohrback.com

***Attorneys for Plaintiff***

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURENCE KAPLAN, on behalf of himself, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAINT PETER'S HEALTHCARE SYSTEM, RONALD C. RAK, an individual, SUSAN BALLESTERO, an individual, GARRICK STOLDT, an individual, and JOHN and JANE DOES, each an individual, 1-20,<br><br>Defendants. | Civil Action No. 3:13-cv-02941-MAS-TJB<br><br>Electronically Filed |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Upon consideration of the filed Motion to Withdraw as Attorney for Plaintiffs by Scott M. Lempert, it is hereby:

**ORDERED** that the Motion to Withdraw as Attorney is **GRANTED**. Attorney Scott M. Lempert is hereby withdrawn as counsel of record in this matter.

**DATED** this _____ day of November 2022.

_____
The Honorable Michael Shipp
United States District Judge